## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :
                                              :
                                              :
LISA LEE d/b/a agent for                      :   **Bankruptcy No.  07-26369-MBM**
**Citifinancial Mortgage Company**            :
                                              :
                                              :
                                              :
              **Debtor(s)**                   :   **Chapter 7 INVOLUNTARY**

### ORDER OF COURT

**AND NOW,** this _16_ day of ___Oct.___, 20**07**; after review of the Chapter 7 Involuntary Petition, the Court finds that the Petitioner has not met the requirements under the Bankruptcy Rules, therefore,

**IT IS HEREBY ORDERED** that the above-captioned Involuntary Chapter 7 Petition is **DISMISSED.**

_____
**M. BRUCE MCCULLOUGH**
**U.S. Bankruptcy Judge**

cm:    Frederick Hamilton Banks
       05711-068
       P.O. Box 5000
       Yazoo City, MS 39194

       Lisa Lee d/b/a agent for
       Citifinancial Mortgage Company
       1111 Northpoint Drive
       Coppell, TX 70519

       Office of the U.S. Trustee
       Suite 970 Liberty Center
       1001 Liberty Avenue
       Pittsburgh, PA 15222

FILED
OCT 17 2007
CLERK U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA